DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEONDRE R. SMITH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2424

_____

March 27, 2026

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.